[No. 23321-1-I. Division One. February 4, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. BOYCE HENRY PATRICK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87-1-04824-8, Robert E. Dixon, J., entered November 16, 1988. *Affirmed* by unpublished opinion per

Baker, J., concurred in by Pekelis, J., and Winsor, J. Pro Tem.